### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA


**JOHN MORALES,**

    **Plaintiff**                                  **Case Number:  9:22-cv-81263-AMC**

**V.**

**Rasmussen Family, LLC.**

    **Defendant**

_____/

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) hereby gives this Honorable Court notice of dismissal of this action with prejudice and, unless otherwise agreed, each party shall bear their own attorney's fees and costs. The previously filed Answer by Defendant should be stricken from record per *Palazzo v. Gulf Oil Corp. 764 F.2d 1381, 1385 (11th Cir. 1985.)* as Defendant filed its Answer as a pro se incorporated entity. Moreover, this case has successfully resolved between Plaintiff and Defendant.


                                        Respectfully submitted,


Dated: September 14, 2022                    */s/ Alberto R. Leal*.
                                       Alberto R. Leal, Esq., P.A.
                                       Florida Bar No.: 1002345
                                       E-Mail: albertolealesq@gmail.com
                                       Phone: 954-637-1868